Lawrence M. Knapp #166932
Law Offices of Lawrence M. Knapp
250 Dorris Place
Stockton, CA 95204
Telephone: (209) 946-4440
Fax: (209) 466-1170

Attorney for Plaintiff Mary Roberts and Charles Roberts

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ROBERTS and CHARLES ROBERTS,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>J.C. PENNEY CORPORATION, INC., et al.,<br><br>　　　　Defendants. | No. 2:16-cv-01627-JAM-AC<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

　　IT IS HEREBY ORDERED that this action is hereby dismissed With Prejudice. The matter having been resolved in its entirety, the Clerk of the Court is directed to close the file.

Dated:　　February 14, 2018

　　　　　　　　/S/ John A. Mendez_____
　　　　　　　　JOHN A. MENDEZ
　　　	　　　　UNITED STATES DISTRICT COURT JUDGE